AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Kim Hyde-Rhodes,

        Plaintiffs,

v.

Judge Jeffrey Wilcox et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:23-cv-00083-DN

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice.

Signed  October 13, 2023

BY THE COURT

_____
David Nuffer
United States District Judge